**Ellis MANN, Plaintiff–Appellant,**

v.

**Leon SMITH; Maxine Smith; John Does, Defendants–Appellees.**

No. 04–60345.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 21, 2004.

Ellis Mann, San Francisco, CA, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Ellis Mann appeals the dismissal for lack of subject matter jurisdiction of his 42 U.S.C. § 1983 lawsuit seeking to have custody of his daughter restored to him. He argues that the dismissal was erroneous because the district court had jurisdiction under 42 U.S.C. § 1983 and under 28 U.S.C. § 1332 as he has recently moved to California.

The district court lacked the authority to assume jurisdiction over Mann's attempt to modify the terms of a state-court child custody order. See *Rykers v. Alford*, 832 F.2d 895, 900 (5th Cir.1987); *see also Chrissy F. by Medley v. Miss. Dept. of Public Welfare*, 995 F.2d 595, 599 (5th Cir.1993). The appeal is without arguable merit and is DISMISSED as frivolous. See 5TH CIR. R. 42.2; *Howard v. King*, 707 F.2d 215, 219–20 (5th Cir.1983). We caution Mann that the filing of frivolous appeals and motions will invite the imposition of a sanction.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.